UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

          Plaintiff,

-against-

Michael T. Buckley,

          Defendant.

---

7:21-MJ-10349(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on December 10, 2021 accepted the defendant's plea of guilty to the charge of Disorderly Conduct in violation of the provisions of Section 240.20 of the Penal Law of New York State, in full satisfaction of the Misdemeanor Complaint filed on October 29, 2021 it is,

ORDERED, ADJUDGED AND DECREED that the Defendant, Michael T. Buckley is sentenced to pay a fine of $100.00, with time to pay White Plains by December 28, 2021 or appear on December 29, 2021 in this Court to show cause why the fine has not been paid.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge